UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| DEBORAH LAUFER, Individually, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-05693-WMR |
| | ) | |
| v. | ) | |
| | ) | |
| J.J.T. MANAGEMENT HOLDING | ) | |
| SERVICES, LLC, A Georgia Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW defendant J.J.T. Management Holding Services, LLC and hereby notifies the Court that the parties have reached a settlement agreement for all claims that have or could have been asserted by any party in this matter.

In light of this settlement agreement, it is hereby requested that all other matters, including any obligation to appear at any hearings or calendars, be stayed while the parties finalize settlement arrangements. Defendant anticipates that a dismissal with prejudice will be filed shortly.

This 10th day of July, 2020.

*/s/ Andrew M. Capobianco*
WILLIAM D. HARRISON
Georgia Bar No. 333288
ANDREW M. CAPOBIANCO
Georgia Bar No. 012592
*Attorneys for Defendant*

MOZLEY, FINLAYSON & LOGGINS, LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, GA  30338-7704
Tel: (404) 256-0700
Fax: (404) 250-9355
bharrison@mfllaw.com
acapobianco@mfllaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **Notice of Settlement** via electronic

mail as follows:

Tristan W. Gillespie, Esq.
Thomas B. Bacon, P.A.
5150 Cottage Farm Road
Johns Creek, GA 30022
gillespie.tristan@gmail.com
*Attorney for Plaintiff*

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in

Times New Roman, 14 point.

This 10th day of July, 2020.

*/s/ Andrew M. Capobianco*
ANDREW M. CAPOBIANCO
Georgia Bar No. 012592

492834