IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Deborah Laufer**, <br><br>  Plaintiff, <br><br>  v. <br><br> **J.J.T. Management Holding Services, LLC,** a Georgia Corporation <br><br>  Defendant. | CIVIL ACTION FILE <br> NO. 1:19-cv-05693-WMR |

## ORDER

On July 10, 2020, the parties filed a Notice of Settlement informing the Court that the parties have settled this case and that they will file the appropriate dismissal documents. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations should fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED** this 13th day of July, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

2