# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DEBORAH LAUFER,<br>Plaintiff,<br><br>v.<br><br>J.J.T. MANAGEMENT HOLDING SERVICES, LLC,<br>Defendant | Civil Action No. 1:19-CV-5693-WMR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant KETAN INC hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on August 25, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie*<br>Tristan W. Gillespie<br><br>Thomas B. Bacon, P.A.<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br><br>ATTORNEYS FOR PLAINTIFF | */s/ Andrew M. Capobianco*<br>Andrew M. Capobianco<br><br>Mozley, Finlayson & Loggins, Llp<br>1050 Crown Pointe Parkway, Ste 1500<br>Atlanta, GA 30338<br><br>ATTORNEYS FOR DEFENDANT |